RECEIVED
IN ALEXANDRIA, LA.
FEB 29 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| QUINCY LEVINE | DOCKET NO. 11-CV-1936; SEC. P |
| VERSUS | JUDGE ~~DEE D. DRELL~~ JAMES T. TRIMBLE, JR. |
| WARDEN MARINA MEDINA | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DENIED** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 29th day of February, 2012.

~~DEE D. DRELL~~ JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE